# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Dec 12, 2023 11:41AM

ALPHONSE N FAGGIOLO

| Rcpt. No: 20015584 | Trans. Date: Dec 12, 2023 11:41AM | | | Cashier ID: #JA |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: New Case: Faggiolo v. Borough of Ridley Park

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.