**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire, ID # 88407
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, PA 19109
267-486-9011 Fax 267-486-9002
*Counsel for Defendant, Mary J. Walk, in her official and individual capacity*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALPHONSO NICHOLAS FAGGIOLO
        Plaintiff,

             v.               Case No. 2:23-cv-04920- HS

BOROUGH OF RIDLEY PARK, ET AL.

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendant. Mary J. Walk, in her official and individual capacity, in this matter and note my address on which all papers should be served.

Date: December 28, 2023                **HARDIN THOMPSON, PC**

                                        */s/ Michael F. Schleigh*
                                        Michael F. Schleigh, Esquire
                                        *Counsel for Defendant, Mary J. Walk*

**HARDIN THOMPSON, P.C.**
Michael F. Schleigh, Esquire, ID # 88407
Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, PA 19109
267-486-9011 Fax 267-486-9002
*Counsel for Defendant, Mary J. Walk, in her official and individual capacity*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALPHONSO NICHOLAS FAGGIOLO
    Plaintiff,

        v.        Case No. 2:23-cv-04920- HS

BOROUGH OF RIDLEY PARK, ET AL.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached Entry of Appearance was served upon the following by electronic filing service:

Alphonoso Nicholas Faggiolo
713 Lamp Post Lane
Aston, PA 19014

**DONALD E. WIEAND, JR.**
STEVENS & LEE
840 W. HAMILTON STREET. SUITE 521
ALLENTOWN, PA 18101
dew@stevenslee.com
Attorneys for Michelle Portnoff and Robert P. Dady

And by US Mail pre-paid to:

| | | |
|---|---|---|
| The Honorable Barry Dozor | Borough of Ridley Park | Richard Tutak |
| Court of Common Pleas of | 105 E. Ward St. | Borough of Ridley Park |
| Delaware County | Ridley Park, PA 19078 | 105 E. Ward St. |
| 201 W. Front St., Room 127 | | Ridley Park, PA 19078 |
| Media, PA 19063 | | |

Date: December 28, 2023        **HARDIN THOMPSON, PC**

                                        /s/ Michael F. Schleigh
                                        Michael F. Schleigh, Esquire
                                        *Counsel for Defendants County of Delaware*