**RAFFAELE PUPPIO**
**KATHERINE H. MEEHAN, ESQUIRE**
ATTY. I.D. NO. 74331
19 West Third Street
Media, PA 19063
610-891-6710
*Attorney for Borough of Ridley Park and Richard Tutak*

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO NICHOLAS FAGGIOLO : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | No. 2:23-CV-04920-JHS |
| : | |
| BOROUGH OF RIDLEY PARK, MICHELLE : | |
| PORTNOFF, ROBERT P. DADAY, BARRY C. : | |
| DOZOR, RICHARD TUTAK, AND MARY J. : | |
| WALK : | |
| : | |
| Defendants : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURTS

    Kindly enter my appearance as counsel on behalf of Defendant, Borough of Ridley Park and Richard Tutak.

Date:  1/9/24                  */s/ Katherine H. Meehan*
                                          KATHERINE H. MEEHAN, ESQUIRE
                                          Attorney for Borough of Ridley Park and Richard Tutak

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALPHONSO NICHOLAS FAGGIOLO | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 2:23-CV-04920-JHS |
| BOROUGH OF RIDLEY PARK, MICHELLE PORTNOFF, ROBERT P. DADAY, BARRY C. DOZOR, RICHARD TUTAK, AND MARY J. WALK | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Katherine H. Meehan, Esquire, attorney for Borough of Ridley Park and Richard Tutak, do hereby certify that a true and correct copy of my Entry of Appearance in the above-captioned matter was sent by regular United States mail, postage pre-paid, on the date indicated below to the following:

Alphonso N. Faggiolo, pro-se
713 Lamp Post Lane
Aston, PA  19014

Donald E. Wieand
840 W. Hamilton Street, Suite 521
Allentown, PA 18101
Attorney for Michelle Portnoff, Robert P. Daday

Michael F. Schleigh, Esquire
Hardin Thompson PC
123 South Broad Street
Suite 2235
Philadelphia, PA  19109
Attorney for Mary J. Walk

The Honorable Barry Dozor
201 West Front Street
Media, PA  19063

Date: 1/9/24                                         */s/ Katherine H. Meehan*
                                                   KATHERINE H. MEEHAN, ESQUIRE
                                                   Attorney for Borough of Ridley Park & Richard Tutak