

**RAFFAELE PUPPIO**

Raffaele Puppio  |  19 West Third Street  |  Media PA 19063  |  Phone 610.891.6710
Fax 610.891.9985  |  www.raffaelepuppio.com

Katherine H. Meehan, Esquire
Email: Meehan@RaffaelePuppio.com

April 19, 2024

Via Efiling
The Honorable Joel H. Slomsky, S.J.
United States District Court for the
Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      RE:   Faggiolo v. Ridley Park Borough, et al.
             E.D.Pa. No. 23-CV-04920

Dear Judge Slomsky:

    I am writing to express Defendants, Ridley Park Borough and Richard Tutak's opposition to Plaintiff's Motion to Take Judicial Notice filed April 5, 2024 (ECF#24), to the extent a response is required. Plaintiff's Motion is not directed at Defendant's Ridley Park Borough or Richard Tutak or Plaintiff's allegations against these Defendants. Nevertheless, Defendants join in and support the position expressed by Mr. Schleigh, counsel for Defendant Mary Walk in his letter filing dated April 18, 2024. Accordingly, Defendants respectfully request that Plaintiff's Motion be denied.

Sincerely,

Katherine H. Meehan
Attorney for Ridley Park Borough and
Richard Tutak

KHM/

## CERTIFICATE OF SERVICE

I, Katherine H. Meehan, Esquire, attorney for the Defendants, Borough of Ridley Park and Richard Tutak, do hereby certify that a true and correct copy of Defendants, Borough of Ridley Park and Richard Tutak's 4/19/24 letter to Judge Slomsky, filed in the above-captioned matter was sent via the Court's electronic filing system to the following:

Alphonso N. Faggiolo, pro se
713 Lamp Post Lane
Aston, PA  19014

Donald E. Wieand, Jr., Esquire
Stevens & Lee
840 W. Hamilton Street
Suite 521
Allentown, PA  18101
Attorney for Michelle Portnoff, Robert P. Daday

Michael F. Schleigh, Esquire
Hardin Thompson, PC
123 South Broad Street
Suite 2235
Philadelphia, PA  19109
Attorney for Mary J. Walk

Nicole Feigenbaum, Esquire
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market St., Ste. 1414
Philadelphia, PA  19102
Attorney for the Honorable Barry C. Dozor

                                            *Katherine H. Meehan*
                                            Katherine H. Meehan, Esquire

Date: 4/19/24