# HARDIN THOMPSON

**Michael F. Schleigh, Esquire**
Bar Admissions: PA, NJ, and NY
Direct 267-459-8366/Fax: 267-486-9002
Email: mschleigh@hardinlawpc.net

Wells Fargo Building
123 S. Broad Street, Suite 2235
Philadelphia, PA 19109
www.hardinlawpc.net

July 24, 2024

<u>*Via Efiling*</u>
The Honorable Joel H. Slomsky, Senior Judge
The United States District Court for the Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**     **Faggiolo v. Walk et al.**
                **E.D.Pa. Docket No.: 2:23-cv-04920**
                <u>**Our File No.:        04.0024**</u>

Dear Senior Judge Slomsky:

      As you are aware this firm represents Defendant Mary Walk in this matter. Please allow this letter to serve as a response to Plaintiff's recently filed Motion for Oral Argument in relation to his Motion for Request for Judicial Notice in lieu of a more formal response.

      Defendant Walk, being in receipt of the response to the aforementioned motion filed by Defendants Michelle Portnoff and Robert Daday, respectfully represents that she joins in their opposition for the reasons stated therein and adopts the legal argument of the accompanying brief as her own. Defendant Walk respectfully requests that the aforementioned Motion of Plaintiff be denied and the proposed order or Defendants Michelle Portnoff and Robert Daday be entered on the record.

                                  Very truly yours,
                                  <u>*/s/ Michael F. Schleigh*</u>
                                  Michael F. Schleigh, Esquire

MFS/arm
Cc:    Alphonso N. Faggiolo *via* efiling
        Ernest Spiros Angelos, Esq. *via* efiling
        Katherine Meehan, Esq.  *via* efiling
        Nicole Feigenbaum, Esq.  *via* efiling
        Donald Wieand, Esq.  *via* efiling