IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHONSO NICHOLAS FAGGIOLO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOROUGH OF RIDLEY PARK, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 23-4920 |

## ORDER

**AND NOW**, this 8th day of August 2024, upon consideration of Defendant Mary Walk's Motion to Dismiss Complaint (Doc. No. 11), Defendants Borough of Ridley Park and Richard Tutak's Motion to Dismiss Plaintiff's Complaint (Doc. No. 13), Defendants Michelle Portnoff and Robert P. Daday's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 15), Defendant Barry C. Dozer's Motion to Dismiss Plaintiff's Complaint (Doc. No. 16), and Plaintiff's Responses in Opposition (Doc. Nos. 17, 18, 19, 23), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant Mary Walk's Motion to Dismiss Complaint (Doc. No. 11) is **GRANTED**.

2. Defendants Borough of Ridley Park and Richard Tutak's Motion to Dismiss Plaintiff's Complaint (Doc. No. 13) is **GRANTED**.

3. Defendants Michelle Portnoff and Robert P. Daday's Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. No. 15) is **GRANTED**.

4. Defendant Barry C. Dozor's Motion to Dismiss Plaintiff's Complaint (Doc. No. 16) is **GRANTED**.

5. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**.

1

2

6. All open Motions in this Case are **DENIED** as **MOOT.**

7. The Clerk of Court is directed to close the above-captioned case.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky  
                                              JOEL H. SLOMSKY, J.