BLD-030             UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2654
_____

ALPHONSO NICHOLAS FAGGIOLO,
Appellant

v.

MICHELLE PORTNOFF; BOROUGH OF RIDLEY PARK, a political subdivision of the Commonwealth of Pennsylvania; ROBERT P. DADY; BARRY C. DOZOR; RICHARD TUTAK; MARY J. WALK, In their individual capacity
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 23-cv-04920)
District Judge: Honorable Joel H. Slomsky
_____

Submitted on Appellant's and Appellees' Motions for Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6.
November 14, 2024
Before: SHWARTZ, MATEY, and CHUNG, <u>Circuit Judges</u>
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on Appellant's and Appellees' Motions for Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on November 14, 2024. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 8, 2024, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

DATED: December 5, 2024

Certified as a true copy and issued in lieu of a formal mandate on 01/13/2025

**Teste:**
**Clerk, U.S. Court of Appeals for the Third Circuit**